AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

Barbara Joan March
also known as Barbara McMahon
also known as Bonnie McMahon
DOB: XX/XX/1945

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about ___April 22, 2005___ in the District of ___Columbia___ defendant did, (Track Statutory Language of Offense)

knowingly deposit in any post office or authorized depository for mail matter, to be sent or delivered by the Postal Service, and knowingly cause to be delivered by the Postal Service according to the direction thereon, a communication, with or without a name or designating mark subscribed thereon, addressed to a United States judge and containing any threat to injure the person of the addressee

in violation of Title ___18___ United States Code, Section(s) ___876(c)___.

I further state that I am ___Monica Patton, Special Agent with the Federal Bureau of Investigation___, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUSA, Angela Schmidt   (202) 514-7273
Sworn to before me and subscribed in my presence,

Signature of Complainant
Monica Patton, Special Agent
Federal Bureau of Investigation

_____     at   ___Washington, D.C.___
Date                                                                  City and State

_____          _____
Name & Title of Judicial Officer                    Signature of Judicial Officer