**AFFIDAVIT IN SUPPORT OF A COMPLAINT**
Barbara Joan March
also known as Barbara McMahon
also known as Bonnie McMahon
DOB:  xx/xx/1945

I, Monica M. Patton, Special Agent with the Federal Bureau of Investigation (FBI), Washington Field Office, Washington, D.C. (hereinafter affiant), being duly sworn, depose and state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so for ten and one half years.  I have been with the Washington Field Office since October 2004 and I am currently assigned to the Violent Crime Squad, which assignment began in April 2005.  I previously was assigned to various squads in Newark, New Jersey.  During my FBI career, I have participated in numerous criminal investigations of terrorism and public corruption offenses.  I currently am the FBI Threat Coordinator responsible for investigating crimes against members of Congress and Supreme Court Justices.

2.      This affidavit is submitted in support of a complaint for BARBARA JOAN MARCH, also known as Barbara McMahon and Bonnie McMahon, in connection with an investigation into the mailing of threatening communications to Justices of the United States Supreme Court and to the Director and Assistant Director of the Federal Bureau of Investigation on or about April 22, 2005, in violation of 18 U.S.C. § 876(c).

3.      The facts and information contained in this affidavit are based upon my personal knowledge and the investigation and observations of other law enforcement officers involved in the investigation.  This affidavit contains information necessary to support probable cause for this application.  It is not intended to include each and every fact and matter observed by me or known